# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 11, 2015

## NO. 03-15-00363-CV

**Texas Department of Family and Protective Services, Appellant**

**v.**

**Brilliant Starts Learning Academy, L.L.C., Appellee**

### APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order signed by the trial court on May 19, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.